REID COLLINS & TSAI LLP
Lisa S. Tsai (CA State Bar No. 224198)
ltsai@rctlegal.com
Marc Dworsky (CA State Bar No. 157413)
mdworksy@rctlegal.com
7 W. Figueroa Street, Suite 300
Santa Barbara, California 93101
Telephone: (213) 429-4022

REID COLLINS & TSAI LLP
R. Adam Swick (*Pro hac vice* to be requested)
aswick@rctlegal.com
Craig A. Boneau (*Pro hac vice* to be requested)
cboneau@rctlegal.com
Leo Oppenheimer (*Pro hac vice* to be requested)
loppenheimer@rctlegal.com
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Telephone: (512) 647-6100
Facsimile: (512 647-6129

*Counsel to Joint Official Liquidators of White Oak Strategic Master Fund, L.P. and White Oak Strategic Fund, Ltd*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>WHITE OAK STRATEGIC MASTER FUND, L.P.,<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 19-30635 |
| In re:<br><br>WHITE OAK STRATEGIC FUND, LTD.,<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 19-30639<br><br>**NOTICE OF RELATED CASES** |

On June 12, 2019, Luke Oliver Almond of Borrelli Walsh (Cayman) Limited and Cosimo Borrelli of Borrelli Walsh Limited, as the foreign representatives[1] of White Oak Strategic Master Fund, L.P. ("**Master Fund**") and White Oak Strategic Fund, Ltd. ("**Offshore Feeder Fund,**" and collectively with Master Fund, the "**Offshore Funds**"), filed with the Court (a) the Official Form 401 filed under Chapter 15 of the Bankruptcy Code, and (b) the accompanying Verified Petition in Support of Applications for Recognition of Foreign Main Proceedings Pursuant to 11 U.S.C. § 1517 and Additional Relief (the "**Verified Petition**") seeking recognition of foreign main proceedings and additional relief for each of the Offshore Funds (the "**Chapter 15 Cases**").

The Petitioners believe that the Chapter 15 Cases should be jointly administered, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. The Petitioners submit that the Chapter 15 Cases are related cases, as defined by Rule 1015-1 Of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, and assignment to a single judge would promote efficient administration and avoid conflicting and inconsistent rulings.

The Petitioners, by their United States counsel, hereby give notice pursuant to Local Rule 1015-1 that the following cases are related cases:

| Debtor | Case Number | Date of Filing |
|---|---|---|
| White Oak Strategic Master Fund, L.P. | 19-30635 | June 12, 2019 |
| White Oak Strategic Fund, LTD. | 19-30639 | June 12, 2019 |

*/s/ Lisa S. Tsai*
Lisa S. Tsai

---

[1] As that term is defined in 11 U.S.C. § 101(24).

**REID COLLINS & TSAI LLP**

Lisa S. Tsai
Marc Dworsky
R. Adam Swick
Craig A. Boneau
Leo Oppenheimer

*Attorneys for Joint Official Liquidators of White Oak Strategic Master Fund, L.P., and White Oak Strategic Fund, Ltd.*